NUMBER
13-06-208-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

_______________________________________________________

 

ANN M. FERNANDEZ,                                               Appellant,

 

                                           v.

 

THE JOHN G. AND MARIE STELLA KENEDY 

MEMORIAL FOUNDATION,
ET AL.,                             Appellees.

_______________________________________________________

 

                  On
appeal from the 105th District Court

                           of
Kenedy County, Texas.

_______________________________________________________

 

                     MEMORANDUM
OPINION

 

    Before
Chief Justice Valdez and Justices Hinojosa and Garza

Memorandum
Opinion Per Curiam

 

Appellant, ANN M. FERNANDEZ, perfected an appeal from
an order entered by the 105th District Court of Kenedy
County, Texas, in cause number 03-CV-051.  After the record was filed, appellant filed a
motion to dismiss the appeal.  Appellant
requests that this Court dismiss the appeal.








The Court, having considered the documents on file and appellant=s motion to dismiss
the appeal, is of the opinion that the motion should be granted.  Appellant=s motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and 

filed this the 20th
day of July, 2006.